In the Matter of the Claim of WILLIAM A. Ross, Respondent, against HOLLAND-DEGENHANDT AUTOMOTIVE PARTS Co., INC., and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of the OWL PROTECTIVE Co., INC., Petitioner, for an Order of Certiorari against THE PUBLIC SERVICE COMMISSION and MILO R. MALTBIE and Others, Being Members of the Public Service Commission of the State of New York, Respondents, and NEW YORK TELEPHONE COMPANY, Intervening Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ERNEST B. GRIEBSCH, Respondent, v. B. T. BABBITT, INC., Appellant.— Motion for reargument denied, with twenty-five dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ARCIM CORPORATION, Plaintiff, v. LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Attention is called to the fact that the moving papers fail to comply with rule 16 of this court. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH MALERSCHOW, Respondent, against MURTS REALTY Co., INC., and THE OCEAN ACCIDENT & GUARANTEE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DEPARTMENT OF TAXATION & FINANCE Arising Out of the Death of JOHN HAGGERTY, Respondent, against MARION DE PARMA and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARIA SWANSON, Respondent, against IRA A. CAMPBELL and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARIA DE MATO, Respondent, against FORD MOTOR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.